**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly D. Jones, OSB No. 074217**
Law Office of Kelly D. Jones
kellydonovanjones@gmail.com
Direct 503-847-4329

**Matthew Sutton, OSB No. 924797**
msutton@integra.net
Direct 541-772-8050

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JOHN LAIRD** | Case No. 6:19-cv-1923-MC |
| Plaintiff | **COVER PAGE** |
| vs | |
| **RAY KLEIN, INC.** | |
| Defendant | |

# Summons Service Executed

COVER PAGE

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:19-cv-01923-MC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ray Klein, Inc.
was received by me on *(date)* 12/03/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: On December 3, 2019, I caused the summons and complaint in this action to be served on Ray Klein, Inc. by USPS First Class Regular and Certified Mail, return receipt requested, postage pre-paid, to Ray Klein, Inc., c/o registered agent Wade Isbell at 400 International Way, Springfield, Oregon 97477.

My fees are $ 0.00 for travel and $ 0.00 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/03/2019

*Server's signature*

Michelle Moreno, Server
*Printed name and title*

PO Box 12829
Salem, OR 97309
*Server's address*

Additional information regarding attempted service, etc: