**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly D. Jones, OSB No. 074217**
Law Office of Kelly D. Jones
kellydonovanjones@gmail.com
Direct 503-847-4329

**Matthew Sutton, OSB No. 924797**
msutton@integra.net
Direct 541-772-8050

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JOHN LAIRD** | Case No. 6:19-cv-1923-MC |
| Plaintiff | **NOTICE OF DISMISSAL** |
| vs | |
| **RAY KLEIN, INC.** | |
| Defendant | |

**NOTICE OF DISMISSAL** – Page 1 of 2

## NOTICE OF DISMISSAL

The parties have settled and under FRCP 41 this action is dismissed with prejudice and without award of attorney fees or costs to any party.

January 9, 2020

**RESPECTFULLY FILED,**

s/ Michael Fuller
**Michael Fuller, OSB No. 09357**
Lead Trial Attorney for Plaintiff
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**NOTICE OF DISMISSAL** – Page 2 of 2